UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:14-CR-252 |
| | § | |
| KRISTOPHER MICHAEL MONTEMAYOR | § § | |

## **MEMORANDUM**

Jury selection in the above matter is currently set for July 22, 2014. The *Ellis* deadline for acceptance of responsibility consideration is July 8, 2014. Once the *Ellis* deadline passes, the Court will issue an order setting a deadline for filing witness lists, exhibit lists, and evidentiary motions.

**SIGNED** this 12th day of June, 2014.

*[signature]*
Marina Garcia Marmolejo
United States District Judge